IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| RASHOND WESLEY BAKER, a/k/a, Paxvo Ebube Chukwu, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TREVONZA BOBITT, in his individual and )<br>official capacity, )<br>)<br>Defendant. ) | CV 620-066 |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 24.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, **DENIES** Plaintiff's motion for preliminary injunction, (doc. no. 16), and **CLOSES** this civil action.

SO ORDERED this __16th__ day of February, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA