AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RASHOND WESLEY BAKER, a/k/a, Paxvo Ebube Chukwu,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV 620-066

TREVONZA BOBITT, in his individual and official capacity,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of February 16, 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be GRANTED, Plaintiff's Motion for preliminary injunction is DENIED, and this civil action stands CLOSE.

02/12/2021  
Date

John E. Triplett, Acting Clerk  
Clerk



*Tara H. Burton*  
(By) Deputy Clerk

GAS Rev 10/2020